[No. 10807–1–II.  Division Two.  June 8, 1988.]

*In the Matter of the Marriage of* DOREEN P. JONES,
*Respondent, and* ROBERT W. JONES,
*Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 81–3–02113–1, Nile E. Aubrey, J., entered

March 6, 1987. *Reversed* by unpublished opinion per Alexander, J., concurred in by Reed, C.J., and Worswick, J.